# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

| UNITED STATES OF AMERICA | | |
|---|---|---|
| V. | | **CRIMINAL COMPLAINT** |
| **Ricardo Erik Ortiz** | PRINCIPAL | Case Number: |
| YOB: | 1997 | M-18- 2619 -M |
| United States | | |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 19, 2018** in **Hidalgo** County, in the Southern District of Texas defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Hidalia Mayorga-Aldana and Jose Reyes Carcamo-Bonilla, nationals of Honduras, along with two (2) other undocumented aliens, for a total of four (4), who had entered the United States in violation of law, did knowingly transport, or move or attempted to transport said aliens in furtherance of such violation of law within the United States, that is, from a location in Los Ebanos, Texas to the point of arrest near Los Ebanos, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)    FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On December 19, 2018, a Border Patrol Agent operating a camera system observed several suspected undocumented aliens board a black four door sedan near the Los Ebanos Park in Los Ebanos, Texas. This area is notorious for alien and narcotic smuggling due to the dense brush and close proximity to the Rio Grande River.

A nearby Border Patrol Agent responded to the area and encountered a black four door sedan near the Los Ebanos Park. The agent activated his unit's emergency equipment as the camera operator confirmed that the agent was with the vehicle they were observing. The black sedan came to a stop and the agent observed four subjects exit the black sedan and run south towards the Rio Grande River. The agent identified himself as a Border Patrol Agent, and detained the driver, later identified as Ricardo Erik Ortiz, a United States Citizen,

Continued on the attached sheet and made a part of this complaint:  [X] Yes  [ ] No

Approved LAURA GARCIA

_____
Signature of Complainant

**Jon M. Chan        Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**December 20, 2018** — 9:22 a.m.    at    **McAllen, Texas**
Date                                              City and State

**Juan F. Alanis        , U. S. Magistrate Judge**
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-18- 2619 -M

RE: **Ricardo Erik Ortiz**

### CONTINUATION:

Border Patrol Agents who responded to the area apprehended four subjects in close proximity of the black sedan. Agents conducted an immigration inspection of the four subjects and determined they were illegally present in the United States.

All five subjects were placed under arrest and transported to the McAllen, Texas Border Patrol Station for processing.

### PRINCIPAL STATEMENT:

Ricardo Erik Ortiz, a United States Citizen, was advised of his Miranda Rights, stated he understood his Rights, and agreed to answer questions without the presence of an attorney.

Ortiz claimed he was offered a job to pick up undocumented aliens in Los Ebanos, Texas. Ortiz accepted the offer because he needed the money for Christmas. Ortiz was to be paid 200 USD per undocumented alien. Ortiz claimed that he was guided to the pickup location via cell phone by a scout. Ortiz indicated that as he approached the pickup location, the four undocumented aliens boarded his vehicle. Border Patrol Agents arrived soon after and all four subjects attempted to abscond. Ortiz stated that all four subjects were apprehended by Border Patrol Agents.

### MATERIAL WITNESSES STATEMENTS:

Hidalia Mayorga-Aldana and Jose Reyes Carcamo-Bonilla, nationals of Honduras, were advised of their Miranda Rights. Both understood their Rights and agreed to provide a statement without the presence of an attorney.

Mayorga claimed she made her smuggling arrangements and paid 7,000 USD. Mayorga crossed the river on a raft with three other people. Mayorga stated that the foot guide informed the group on what path to walk through and advised them that a car would pick them up. Mayorga indicated that after walking for some time, they saw a vehicle arrive. Mayorga stated that the driver of the vehicle told them to get in, and they entered the vehicle. Mayorga claimed that she sat in the front passenger seat and was able to describe the driver as a young male. Mayorga claimed that after they drove away, immigration arrived and they exited the vehicle while the driver remained in the vehicle. Mayorga stated that all four of them were apprehended by immigration.

Carcamo claimed he made his smuggling arrangements and has paid 6,500 USD of the 9,500 USD smuggling fee. Carcamo indicated that he crossed the river in a raft with six other people including two guides. Carcamo claimed that the guides took the four of them to a road and instructed them that a Chevrolet Malibu would arrive to pick them up. After about five minutes, the vehicle arrived and the driver told them, multiple times, to get inside. The four people boarded the car and Carcamo sat in the middle of the rear seat. Caecamo stated that when immigration arrived, the driver told them to open the door and run.

Carcamo identified Ricardo Erik Ortiz, through a photo lineup, as the driver of the vehicle that picked them up.